

FILED
SEP 0 2 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

James RoBert Blanchard 515953 DOC
Plaintiff

vs.

Case Number:
(To be supplied by Court Clerk)

State of oklaHoma
Enid court House & police station
& Lawyer office
Defendant(s)

22 CV - 38 6 GKF - SH

| Current Location (including Address) of Confinement : | Prisoner Number: |
|---|---|
| CRaBtree msu pod 4 Bottom Rank 110 216 N marry St Helena okl | 515953 |

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**A. Parties**

1) James R. Blanchard (Plaintiff) is a citizen of United State (State) who presently resides at 216 N Marry St Helna oklaHoma (Mailing address or place of confinement)

2) Defendant Kartina Matousek (Name of first defendant) is a citizen of United State (City, State), officer Tunnels & 3 others EPD
and is employed as Enid oklaHoma Court House Lawyer (Position and title, if any).

Lawyer Of enid ok 73701 Court House

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes [X] No

If your answer is yes, briefly explain: Way I looked & dressed & tatto's cause IM a felon & cause IM White & whom I AM
police Report & Affadvia prove this

3) Defendant Jimmy Buns JR (Name of second defendant) is a citizen of United State (City, State),
and is employed as DA at Enid oklaHoma 73701 Court House (Position and title, if any)
Jimmy Buns JR on Ancases

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [ ] Yes [X] No

If your answer is yes, briefly explain: ______

✓ Mail ___ No Cert Svc ___ No Orig Sig.

___ C/J ___ C/MJ ___ C/Ret'd ___ No Env

___ No Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

Rulings Concerning marking of toy, Imitation, & Look-Alike fiReams

[*You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.*]

**B. Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

[X] 42 U.S.C. §1983 (applies to state prisoners)

[ ] Bivens v *Six Unknown Named Agents of Fed. Bureau of Narcotics* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

During Intrapment: Self Def Act const Amend 4, 5, 6, Intrapment arresst, Judgeing me The way I look NO Mariand a Waring: questiones,

**C. Nature of Case**

1) Briefly state the background of your case. Pof - I Had two unopen toy Aicsoft guns & Might Had another INSIDE MY pocket, But By law (Cf) IS (S001) United State Customer Service Japan All Aicsofts Have to Be Marked Its IS Law & Req

Appeal within 10 Wking Days

**D. Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a) (1) Count I: Cf-2020-204 HAD New toy Aicsoft Guns The EPD charge me w/ poession them, By Law cannot charge Me, Cause By law of the markeings

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

(4) EPD Cops officer tunnel's May 25, 2020 prove this By charge & police reports & Affedvia & footage of Viedo's. (acting Matousek) (DA Jimmy Burns JR) (Lawyer)

& you Can tell they are platic play toys which they are & No Law Broken So By law I Can Have toy Guns Aicsoft

b) (1) Count II: Cf-2020-383, Sep 2020

No Miranda waring footage prove this

Never DiD EPD ask if Need Lawyer & Never ask or question me

Me search THE EPD violated My Rights By Intrapment Me asking question Like If someone try to kill you would you somehow Pick up a Hat w/ or Aicsoft Self Def Act

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

EPD cop you Have Get police Report & Viedo My Const Amend Cites violated 4,5,6,

You CAN find this All out On footages, police Report Affadvia, phone call Text Message on Probiary Soulation IN county Jail

(1) Count III: Cm-2019-555, 600, 1043(2), 929, & others DouIBled ILLegal Sentence false Inprisonment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Judge Jason Siege & Judge Hialok & Jimmy BUNS JR on appeal for 1YR While on appeal Judge Siege Sentence Me to 2YR Probation for cm-2019-1043(2), 929, Ran w/ cm-2019-555, 600, others than appeal 2yr probation & went

E. **Request for Relief**

1) I believe that I am entitled to the following relief:

I Belive Charges Should Be Sponge & Relase from prison at once & Money IN My Bank account & Everyone Should Get INto Some Kind of trouIB

Original Signature of Attorney (if any)

James R. Blanchard
Original Signature of Plaintiff
515953

Attorney's full address and telephone number

Judge Hialok court Room & DA Jimmy Buns JR & Judge Hialok Sentence me once again on cm-2019-1043(2), 929, & Ran cm-2019-555, 600 w/ cf cases 2020-204 While on appeal for them IN Judge Jason Sige court Room & made me appeal Bond 3,000 Dennise price Bondsman

fals Inprisonment on cm cases & cf case 2020-204 Not against the Law to possess toy Airsoft guns No Laws Broken

Bonded out twice on appeal Bond (580) cm-2019-555 & others

227 Bond

Look on Back
Oklahoma Statute

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at Court House Enid ok (Location) on May 25 2020 (Date).

County Jail Enid ok
Enid police station
Oklahoma & By
Cleveland St
West Garrotti st

James R Blanchard
(Original Signature of Plaintiff)
515953

Plea aggements will prove Situation for Cm cases Cm-2019-1043 929, 555, 600, others Lawyer IN those cases Jim Carroll, Ben Barker, for 1YR probation & 2YR probation Dennise price Bondsman on All cases (580) 227 OSCN.com, Court clerk records of enid court Bond House, court Docket Sheet, court mins, mic, viedo's, Body cam, Dash cam, Cleveland St lights camaras,

There wasnt No police statement from (WB) wittNes & No phone voice clips to EPD station By Her 1, cam Body turned off CF-2020-204 pof

(15) 5001 req marking Are for All Air Soft's toy guns

On case XX 1283 Said Neve change toy Guns & Does Not Say felon cannot poess toy Airsoft guns & All Imitation & look-like & toy guns Airsofts Have to Have Color plugs (15) 5001 USA CFR part 1150.3

The samples Do not bear A blaze orange plug or exterior coloring as required under 15 U.S.C. 5001 & 15 C.F.R. part 1150 & therefore, are not admissibles & are subject to seizure under 19 U.S.C. 1595a(c) for a violation of Section 5001

(1) 15 C.F.R. 1150.3 (b) Airsoft's
↓
(15 cfr 1150 Imitation)
↓
Airsoft's toy guns Must Have Blaze orange Marking permanently affixed to the barrel & cover barrel & muzzle end

15 U.S.C. 5001 & title 15, C.F.R. part 1150

United State Customs Service RE: toy guns

15 C.F.R.

~~15 cfr 1150.3(c) Imitation~~

15 U.S.CA § 5001 Penalties for entering into commerce of Imitation firearms

~~The samples Do not bear a blaze orange plug or exterior coloring as required under 15 U.S.C. 5001 & 15 C.F.R. part 1150 & therefore are not admissibles are subject to seizure under 19 U.S.C. 1595a(c) for A violation of Section 5001~~

WE conclude that the set DesigNatED as Model Is Subject to Seizure pursuant to 19 U.S.C. 1595 a (C) for a violation of 15 U.S.C. 5001 because the small platic Airsoft toy guns Is Not Marked as RequiRed. THe toy gun sample submitted in the set Designated comply with 15 U.S.C. 5001 & 15 C.f.R. 1150 & 1150.3 & therefore, toys which are Identical to these submitted samples may Be Imported. this ruling does Not extend to any toys guns, which differ in any way from those presented for the purposes of this ruling. John f. Atwood CHief Intellectual property Rights Branch

Just New 2 ones IN Hand unopen

Had 2 Brand New IN packages UNopen Airsoft toy guns & may Be (1) INSide pocket Not for sure cause on Dash Cam there No 3 come from pocket

Look on Back

But Not against the law even Have out of package & poss or carrie on Me as long No Law Being Broken even as a felon you Always tell By marking It's a fake toy guns & if No marking Not My fault cause By law All Airsoft toy guns Requirements marking No matter What By State law & united State law Custom Service Japan Airsoft toy guns 19 u.s.c. 1595 a(c) would Be IN Violation if Not Marked on toy guns & package THE EPD cops By law could Not charge Me for a real guns No Matter what cause you can tell fakes & No laws Broken & Im wanna to Sue them



Blanchard James 515953
216 N Murray Street Helena 73741-1017
crabtree corr center MSU
Unit 4 Bottom Bunk 110
OKLAHOMA CITY OK 730
29 AUG 2022 PM 7 L
postmark 8/29/22
FOREVER USA
Northern D. Courts
Mark McCartt court clerk
US court House 333 West 4th St RM 411 TULSA, oklahoma 74103
22 CV - 38 6 GKF - SH
RECEIVED
SEP 02 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

This correspondence is from an Inmate under the custody of the
Oklahoma Department of Corrections (ODOC). For specific
information about the inmate sending this correspondence
such as offense, projected release date, photo, etc., refer to our
website at http://www.ok.gov/doc. Click on the Inmates link then
the Inmate Lookup or contact the Warden at James Crabtree
Correctional Center at the facility telephone,
Further, the facility is not responsible for the substance or content.